# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SHANE BLANKENSHIP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00306-DGK |
| E. WILLIAMS, et al, | ) |
| Defendants. | ) |

## DEFENDANTS SMITH AND WILLIAMS' MOTION FOR SUMMARY JUDGMENT

Defendants Aaron Smith and Edward Williams, by and through counsel, and pursuant to Fed. R. Civ. P. Rule 56, and for the reasons set forth more fully in the accompanying suggestions in support of this motion, respectfully request that this Court grant summary judgment in their favor and find that the officers are entitled to qualified immunity with respect to the remaining 42 U.S.C. § 1983 claims against them.

Under the totality of circumstances, a reasonable officer would view that Plaintiff was attempting to flee when considering motorcycles nearby had recently eluded them, his bike was parked in a manner to avoid detection, and his subsequent attempt to mount and start his motorcycle. Accordingly, it was objectively reasonable for the officers to pull Plaintiff from his motorcycle and take him to the ground to prevent him from taking flight. The officers are entitled to qualified immunity, especially considering the split second decisions Defendants had to make in a rapidly evolving uncertain situation.

WHEREFORE, Defendants Williams and Smith respectfully request that this Court enter an order, sustaining this motion and entering summary judgment in their favor and for such other relief as this Court deems just and proper.

September 18, 2025                                       Respectfully submitted,

                                                         **CATHERINE L. HANAWAY**
                                                         Attorney General

                                                         */s/ Adam J. Merello*
                                                         Adam J. Merello, #72420MO
                                                         Assistant Attorney General
                                                         615 E. 13th Street, Suite 401
                                                         Kansas City, MO 64106
                                                         (816) 889-5008
                                                         Adam.Merello@ago.mo.gov

                                                         *Attorneys for Defendants Kansas City Board of Police Commissioners, and Officers Smith and Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record.

                                                         */s/ Adam J. Merello*
                                                         Assistant Attorney General